**CV 15          2865**

SLR/TYH:CSK
F#: 2015V00190

**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

          Plaintiff,

    -against-

EIGHTY-TWO THOUSAND EIGHT HUNDRED THIRTY-NINE DOLLARS AND SEVENTY-TWO CENTS, MORE OR LESS, IN U.S. CURRENCY, ($82,839.72), SEIZED ON OR ABOUT MARCH 23, 2015, FROM CHASE ACCOUNT NO. 979485851 HELD IN THE NAME OF OR FOR THE BENEFIT OF NYC PODIATRY, P.C., AND ALL PROCEEDS TRACEABLE THERETO;

TWO HUNDRED SIXTY-TWO THOUSAND THREE HUNDRED SEVENTY-NINE DOLLARS AND TWENTY-EIGHT CENTS, MORE OR LESS, IN U.S. CURRENCY, ($262,379.28), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CHASE ACCOUNT NO. 829284090 HELD IN THE NAME OF OR FOR THE BENEFIT OF THE CENTER FOR SURGERY (d/b/a NEW YORK CENTER) LLC, AND ALL PROCEEDS TRACEABLE THERTO;

FOUR HUNDRED TWENTY-THREE THOUSAND NINE HUNDRED THIRTY DOLLARS AND SIXTY FIVE CENTS, MORE OR LESS, IN U.S. CURRENCY ($423,930.65), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CAPITAL ONE ACCOUNT NO. 7064001741 HELD IN THE NAME OF OR FOR THE BENEFIT OF TW CAPITAL CORP. (d/b/a WEST 5TH MEDICAL SUPPLY) AND ALL PROCEEDS TRACEABLE THERETO;

SEVENTY THOUSAND FIVE HUNDRED NINETY-NINE DOLLARS AND SEVEN CENTS, MORE OR LESS, IN U.S. CURRENCY ($70,599.07), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CHASE ACCOUNT NO.528372563 HELD IN THE NAME OF OR FOR THE BENEFIT OF COMMUNITY MEDICAL DISORDER, P.C. AND ALL PROCEEDS TRACEABLE THERETO;

**NOTICE OF VERIFIED COMPLAINT IN REM**

Civil Action No.

**VITALIANO, J.**

**LEVY, M.J.**



SIXTY-SIX THOUSAND FOUR HUNDRED TWENTY-NINE DOLLARS AND THIRTY-NINE CENTS, MORE OR LESS, IN U.S. CURRENCY, ($66,429.39), SEIZED ON OR ABOUT MARCH 23, 2015, FROM CHASE BANK ACCOUNT NO. 477067156 HELD IN THE NAME OF OR FOR THE BENEFIT OF TREATING PHYSICIAN MEDICAL CARE, P.C. AND ALL PROCEEDS TRACEABLE THERETO;

THREE HUNDRED FORTY-FOUR THOUSAND SIX HUNDRED NINETY-ONE DOLLARS AND TEN CENTS, MORE OR LESS, IN U.S. CURRENCY ($344,691.10), SEIZED ON OR ABOUT MARCH 23, 2015, FROM TD BANK ACCOUNT NO. 4309141200 HELD IN THE NAME OF OR FOR THE BENEFIT OF HYLAN BOULEVARD PHYSICAL MEDICINE AND REHABILITATION, PLLC AND ALL PROCEEDS TRACEABLE THERETO;

FIVE HUNDRED SEVENTY-SEVEN THOUSAND FIVE HUNDRED SEVENTY-NINE DOLLARS AND SIXTEEN CENTS, MORE OR LESS, IN U.S. CURRENCY, ($577,579.16), SEIZED ON OR ABOUT MARCH 23, 2015, FROM CHASE ACCOUNT NO. 830992053 HELD IN THE NAME OF OR FOR THE BENEFIT OF NED MANAGEMENT CORP. AND ALL PROCEEDS TRACEABLE THERETO;

SEVENTY-EIGHT THOUSAND FOUR HUNDRED TWENTY-FIVE DOLLARS AND FORTY-EIGHT CENTS, MORE OR LESS, IN U.S. CURRENCY ($78,425.48), SEIZED ON OR ABOUT MARCH 23, 2015, FROM CHASE ACCOUNT NO. 831035654 HELD IN THE NAME OF OR FOR THE BENEFIT OF ASSIST MEDICAL SUPPLIES, CORP. AND ALL PROCEEDS TRACEABLE THERETO;

THREE HUNDRED SEVENTY-FIVE THOUSAND ONE HUNDRED SEVENTY- SEVEN DOLLARS AND FIFTY-NINE CENTS, MORE OR LESS, IN U.S. CURRENCY, ($375,177.59), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CHASE BANK ACCOUNT NO. 2921056749 AND TWO HUNDRED FORTY THOUSAND DOLLARS, MORE OR LESS, IN U.S. CURRENCY, ($240,000), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CHASE

BANK ACCOUNT NO. 829284074 BOTH HELD IN THE NAME OF OR FOR THE BENEFIT OF DAVID M. GLASS AND ALL PROCEEDS TRACEABLE THERETO;

TWENTY-SIX THOUSAND ONE HUNDRED THIRTY-NINE DOLLARS AND NINETY- THREE CENTS, MORE OR LESS, IN U.S. CURRENCY, ($26,139.93), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CAPITAL ONE ACCOUNT N O. 6646002953 AND SEVENTY-NINE THOUSAND THREE HUNDRED SIXTY-TWO DOLLARS AND NINETY-SIX CENTS, MORE OR LESS, IN U.S. CURRENCY, ($79,362.96), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CAPITAL ONE ACCOUNT NO. 7058093038 BOTH HELD IN THE NAME OF OR FOR THE BENEFIT OF POLINA VAINER AND ALL PROCEEDS TRACEABLE THERETO;

THIRTY THOUSAND SIX HUNDRED FIFTY DOLLARS AND SEVENTY-SIX CENTS, MORE OR LESS, IN U.S. CURRENCY ($30,650.76), SEIZED ON OR ABOUT MARCH 23, 2015 FROM CAPITAL ONE ACCOUNT NO. 7014669072 HELD IN THE NAME OF OR FOR THE BENEFIT OF ERIC VAINER AND ALL PROCEEDS TRACEABLE THERETO;

FOUR HUNDRED TWENTY-EIGHT THOUSAND, THREE HUNDRED NINETY- NINE DOLLARS AND EIGHTY-SIX CENTS, MORE OR LESS, IN U.S. CURRENCY, ($428,399.86), SEIZED ON OR ABOUT APRIL 1, 2015, FROM TD BANK ACCOUNT NO. 4270189850 HELD IN THE NAME OF OR FOR THE BENEFIT OF HENRY SARDAR AND ALL PROCEEDS TRACEABLE THERETO;

REAL PROPERTY AND PREMISES KNOWN AS 2376 EAST 4TH STREET, BROOKLYN, NEW YORK, DESIGNATED ON THE KINGS COUNTY, NEW YORK TAX MAP AS BLOCK 7179, LOT 24, TITLE TO WHICH IS HELD IN THE NAME OF HENRY SADAR, AND ANY AND ALL PROCEEDS TRACEABLE THERETO;

REAL PROPERTY AND PREMISES KNOWN AS 2394 EAST 5TH STREET, BROOKLYN, NEW YORK, DESIGNATED ON THE KINGS COUNTY, NEW YORK TAX MAP AS BLOCK 7180, LOT 28, TITLE TO WHICH

3

IS HELD IN THE NAME OF HENRY SARDAR, AND
ANY AND ALL PROCEEDS TRACEABLE THERETO;
and

REAL PROPERTY AND PREMISES KNOWN AS
1995 EAST 7TH STREET, BROOKLYN, NEW YORK,
DESIGNATED ON THE KINGS COUNTY, NEW YORK
TAX MAP AS BLOCK 7089, LOT 79, TITLE TO WHICH
IS HELD IN THE NAME OF HENRY SARDAR AND
ALICE SARDAR, HUSBAND AND WIFE, AND ANY
AND ALL PROCEEDS TRACEABLE THERETO

                Defendants *In Rem*.
- - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that, pursuant to 18 U.S.C. § 985, a Verified Complaint *In Rem* (the "Verified Complaint") was filed in the above-captioned action on or about May 18, 2015 alleging, that *inter alia,* the real properties, together with their respective building, appurtenances, improvements, fixtures, attachments, easements, and furnishings, located at: (a) 2376 East 4th Street, Brooklyn, New York, designated on the Kings County, New York Tax Map as Block 7179, Lot: 24, and all proceeds traceable thereto; (b) 2394 East 5th Street, Brooklyn, New York, designated on the Kings County, New York Tax Map as Block 7180, Lot: 28, and all proceeds traceable thereto; and (c) 1995 East 7th Street, Brooklyn, New York, designated on the Kings County, New York Tax Map as Block 7089, Lot: 79, and all proceeds traceable thereto ((a) –(c) collectively the "Defendant Properties"), are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C), as property which constitutes or are derived from proceeds traceable to a health care fraud scheme in violation of 18 U.S.C. § 1347.

        PLEASE TAKE FURTHER NOTICE that pursuant to 18 U.S.C. § 985, the Government is authorized to commence a civil forfeiture action against the Defendant Properties,

by filing a Verified Complaint, posting notice of the Verified Complaint on the Defendant Properties, and serving notice on the property owner(s) along with a copy of the Verified Complaint, and

PLEASE TAKE FURTHER NOTICE that all persons asserting an interest in or claim against the Defendant Properties and who have received direct notice of this forfeiture action must file a verified claim with the Clerk of the Court, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), no later than thirty-five (35) days after direct notice of this action is sent directly; or, if notice of this action was published but direct notice was notice sent to the claimant or the claimant's attorney, no later than thirty (30) days after final publication or no later than sixty (60) days after the first day of publication on an official government website, www.forfeiture.gov, pursuant to Supplemental Rule G(4)(a) and in accordance with the custom and practice of this district; or within the time that Court otherwise allows, provided that any request for an extension of time from the Court is made prior to the expiration of the time period within which the person must file a verified claim. In addition, any person having filed such a claim shall also serve and file an answer to the Verified Complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after filing the claim.

PLEASE TAKE FURTHER NOTICE that Supplemental Rule G(5) provides in pertinent part: "The claim must: (a) identify the specific property claimed; (b) identify the claimant and state the claimant's interest in the property; (c) be signed by the claimant under penalty of perjury; and (d) be served on the government attorney designated under Rule G4(a)(ii)(C) or (b)(ii)(D)."

5

PLEASE TAKE FURTHER NOTICE that all such claims and answers must be filed with the Clerk of the Court, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to Assistant United States Attorney Claire S. Kedeshian, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Brooklyn, New York
May 18, 2015

KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
*Attorney for United States of America*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: *Claire S. Kedeshian*
Claire S. Kedeshian
Assistant United States Attorney
(718) 254-6051