UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff

- v -

EIGHTY-TWO THOUSAND EIGHT HUNDRED
THIRTY-NINE DOLLARS AND SEVENTY-TWO
CENTS, MORE OR LESS, IN UNITED STATES
CURRENCY ($82, 839.72), SEIZED ON OR ABOUT
MARCH 23, 2015, ET. AL

                Defendants-In-Rem.

NOTICE OF APPEARANCE
Docket No. CV-15-2865
(Vitaliano, J.)

TO: CLERK OF COURT, EASTERN DISTRICT OF NEW YORK

    PLEASE TAKE NOTICE that Benjamin Brafman, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, admitted to practice in the State of New York, hereby appears on behalf of the following defendants-in-rem:

a) Three Hundred Forty-Four Thousand Six Hundred Ninety-One Dollars and Ten Cents, more or less, in U.S. Currency ($344,691.10), seized on or about March 23, 2015, from TD Bank Account No. 4309141200 held in the name of or for the benefit of Hylan Boulevard Physical Medicine And Rehabilitation, PLLC and all proceeds traceable thereto;

b) Four Hundred Twenty-Eight Thousand, Three Hundred Ninety- Nine Dollars and Eighty Six Cents, more or less, in U.S. Currency ($428,399.86), seized on or about April 1, 2015, from TD Bank Account No. 4270189850 held in the name of or for the benefit of Henry Sardar and all proceeds traceable thereto;

c) Real Property and Premises known as 2376 East 4th Street, Brooklyn, New York, designated on the Kings County, New York Tax Map as block 7179, Lot 24, title to which is held in the name of Henry Sardar, and any and all proceeds traceable thereto;

d) Real Property and Premises known as 2394 East 5th Street, Brooklyn, New York, designated on the Kings County, New York Tax Map as block 7180, lot 28, title to which is held in the name of Henry Sardar, and any and all proceeds traceable thereto; and

e)  Real Property and Premises known as 1995 East 7th Street, Brooklyn, New York, designated on the Kings County, New York Tax Map as block 7089, Lot 79, title to which is held in the name of Henry Sardar and Alice Sardar, husband and wife, and any and all proceeds traceable thereto,

Dated: New York, New York
*May 29, 2015*

*Benjamin Brafman, Esq.*
Brafman & Associates
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: bbrafman@braflaw.com